AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>March 2, 2006 | |
| NAME OF SERVER *(PRINT)*<br>France Bognon | TITLE<br>Legal Assistant | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:   501 3rd Street, NW, Civil Division 4th Floor, Washington, DC 20001, via designated employee Debra Muhammad

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    March 6, 2006    _____
          Date            Signature of Server

2207 K Street, NW, Apt. 1, Washington, DC
*Address of Server*                 20037

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Shawn L. Brown

**SUMMONS IN A CIVIL CASE**

V.

United States of America

CASE NUMBER   1:05CV02309

JUDGE: Emmet G. Sullivan

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 11/30/2005

TO: (Name and address of Defendant)

United States of America
Kenneth L. Wainstein
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Pressler, Jr.
Riselli & Pressler, P.C.
927 15th Street, NW
Twelfth Floor
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    NOV 30 2005

CLERK                                                      DATE

(By) DEPUTY CLERK