| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 20, 2006 |
| NAME OF SERVER *(PRINT)* Leslie Kramer | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: I personally served Alberto Gonzales U.S. Attorney General, 950 Pennsylvania Ave. N.W. Washington, D.C. via designated employee, Garret Shefton.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/23/06
           *Date*           *Signature of Server*  Leslie Kramer

927 15th Street, NW, 12th Floor, Washington, DC 20005
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Shawn L. Brown

**SUMMONS IN A CIVIL CASE**

V.

United States of America

CASE NUMBER: 1:05CV02309 EGS

TO: (Name and address of Defendant)

United States of America
The Honorable Alberto Gonzales
United States Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Pressler, Jr.
927 15th Street, NW
12th Floor
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            MAR 09 2006

CLERK                              DATE

_[signature]_

(By) DEPUTY CLERK