IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **SHAWN L. BROWN** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 05-2309 (EGS) |
| **UNITED STATES OF AMERICA** | : |
| **Defendant.** | : |

## REPORT OF THE PARTIES' CONFERENCE UNDER LCvR 16.3

On June 13, 2006, counsel for the Plaintiff and Defendant United States of America conferred and discussed the matters set forth in LCvR 16.3. The numbered paragraphs below correspond to those in LCvR 16.3 and reflect the agreements reached by the parties.

1. The parties do not believe that dispositive motions will be appropriate.

2. The parties do not anticipate the joinder of any new parties or amendment of pleadings.

3. The case may be assigned to a magistrate judge for the purpose of mediation or for issues pertaining to discovery disputes.

4. The parties cannot evaluate the possibility of settlement until the completion of discovery.

5. The case would benefit from alternate dispute resolution in the form of mediation after completion of discovery.

6. Not applicable.

7. The parties stipulate that the initial disclosures pursuant to Rule 26(a)(1) will be made within 60 days after the filing of the Rule 26(f) report.

8.      The parties anticipate that discovery should take 240 days, including interrogatories; requests for production of documents; requests for admissions; and depositions.   The parties anticipate delays due to scheduling of experts. At this time the parties do not anticipate the need to place limitations on discovery other than LCvR 26.2(B), (C) and (D).

9.      Plaintiff will provide Rule 26(a)(2) information at least 90 days before the completion of discovery, and defendant will provide this information at least 30 days before the completion of discovery.

10.     Not applicable

11.     Trial and/or discovery should not be bifurcated or managed in phases.

12.     The pretrial conference should be scheduled for a date after discovery and mediation.

13.     The Court should provide that the trial date be set at the pretrial conference for 30 to 60 days after the conference.

14.     None.  A proposed Scheduling Order is attached.

Respectfully submitted,

_____

James W. Pressler, Jr., #221051
Patrick G. Senftle #412191

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
Twelfth Floor
Washington, D.C. 20005
(202) 822-8384

ATTORNEYS FOR PLAINTIFF

Heather D. Graham-Oliver
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530

ATTORNEY FOR DEFENDANT