IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **SHAWN L. BROWN** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 05-2309 (EGS) |
| **UNITED STATES OF AMERICA** | : |
| **Defendant.** | : |

## SCHEDULING ORDER

Having considered the report of the parties filed with the Court pursuant to LCvR 16.3, it is hereby

ORDERED that

1. initial disclosures pursuant to Rule 26(a)(1) be made on or before August 21, 2006;

2. discovery be completed within 240 days of the date of entry of this Order;

3. expert witness reports and information pursuant to Rule 26(a)(2) be provided by plaintiff at least 90 days before the completion of discovery and by defendant at least 30 days before the completion of discovery;

4. the case be scheduled for mediation after completion of discovery;

5. the pretrial conference will be held on _____ and

6. a trial date will be set a the Pretrial Conference from 30 to 60 days after the conference.

SO ORDERED

_____
Emmet G. Sullivan                                    Date

United States District Judge