UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN L. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2309 (EGS) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT UNITED STATES OF AMERICA'S
MOTION FOR AN EXTENSION OF TIME TO CONDUCT DISCOVERY**

Defendant, United States of America, by and through its undersigned attorneys, hereby respectfully requests an enlargement of time, to and including March 15, 2007 to complete discovery in this matter. Plaintiff, through counsel, does not consent but will not oppose this motion.

According to the Court's Order dated June 22, 2006, fact and expert discovery shall be completed by February 22, 2007; the Plaintiff must file any 26(a)(2) statements by November 22, 2006 and the Defendant must file any Rule 26(a)(2) statements by January 22, 2007. The parties have initiated paper discovery but the answers have not been received. By agreement, the Plaintiff's answers to the Defendant's written discovery will be forthcoming on or before, Friday, January 26, 2007. The parties have agreed to dates for the depositions of factual witnesses in February. However, the parties are not going to have enough time to conduct the necessary discovery on the known experts. Accordingly, the extension of time is primarily to address expert discovery.

The Defendant is awaiting a signed release from the Plaintiff regarding his medical

records.  To date, the Defendant has very little medical records pertaining to the Plaintiff, other than the expert reports themselves that were released as a result of the Plaintiff's disclosures in his Rule 26(a)(2) statement.  Thus, Defendant has nothing to provide its experts for the completion of their reports.  Moreover, Defendant is still in the process of arranging for the Plaintiff's Independent Medical Examination to be conducted in February.  As a result, although Defendant will be able to identify some of its experts, no reports will be ready and complete by January 22, 2007.  Plaintiff has identified two medical doctors, an economist and an expert in the vocational and rehabilitation area.  In order to rebut this testimony, defendant needs time to receive the medical records of the Plaintiff and have its experts review them.  As previously stated, to date, Defendant does not have these records.

In addition, undersigned counsel's time has been limited due to other litigation responsibilities.  Counsel has been involved in preparing for trial in the case, Jeanne Simpson v. Tommy G. Thompson, Civ. Act. No. 03-1123 (PLF), in the United States District Court for the District of Columbia.  In addition, counsel has been involved in a subpoena matter concerning testimonial and documentary subpoenas directed to the Department of Education, In Re Apollo Group Securities Litigation, 06-MC-0558 (CKK); counsel also had primary responsibility for an oral argument in Vanessa Bailey v. John Potter, 05-5454 on January 16, 2007; and the preparation of witnesses for depositions in Thomas Kalil v. Veneman, Civ. Act No. 01-2194 (RJL), during the week of January 15, 2007; and defending depositions in Kalil during the weeks of January 29, 2007 and February 12, 2007; drafting and filing an answer in Robinson v. Dept. of Veterans Affairs, Civ. Act. No. 06-1118 (EGS); preparing an expert witness for deposition in Legnini v. U.S. Postal Service, Civ. Act. No. 06-0012 (RWR) on January 31, 2007; and deposing

the plaintiff in Legnini on February 1, 2007; defending a deposition in Legnini on February 2, 2007; investigating and answering complaint in National Postal Mail Handlers v. Daniel, Civ. Act. No. 06-0053 (JR); filing appellate brief on February 8, 2007, in Kaufman v. Gonzales, Ct. Of Appeals No. 05-0838; filing appellate brief in Nurriddin v. NASA, Ct. Of Appeals No. 05-5386; filing motion for summary judgment in Simmons v. Cox, Civ. Act. No. 05-1828 (RCL); filing appellate brief in DeRose v. Powell, Ct. Of Appeals No. 06-5111 on February 28, 2007. As a result, counsel will not have sufficient time to finalize discovery in the instant action and requests an extension of time until March 15, 2007.

Accordingly, defendant respectfully requests that it be allowed up to and including Thursday, February, 22, 2007, to file its Rule 26(a)(2) statement; and up to March 15, 2007, to complete discovery in this matter. See attached order.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334