UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN L. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-2309 (EGS) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**PROPOSED DISCOVERY ORDER**

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time To Conduct Discovery, and the entire record herein, it is this ____ day of _____, 2007, hereby

ORDERED, that Defendant's motion is GRANTED, and it is

FURTHER ORDERED, that fact and expert discovery is extended until March 15, 2007 and that the Defendant shall have until February 22, 2007 to submit its Rule 26(a)(2)(B) Report.

_____
**UNITED STATES DISTRICT JUDGE**