UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN L. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-2309 (EGS) |
| v. | ) |
| | ) Status Conference: March 21, 2007 |
| UNITED STATES OF AMERICA, | ) Mediation Date:    May 8, 1007 |
| | ) |
| Defendant. | ) |

**DEFENDANT UNITED STATES OF AMERICA'S
SECOND MOTION FOR AN EXTENSION OF TIME TO CONDUCT DISCOVERY**

Defendant, United States of America, by and through its undersigned counsel, hereby respectfully requests a second enlargement of time, to and including April 20, 2007 to complete discovery in this matter. Plaintiff, through counsel, will not oppose this motion.

According to the Court's previous order, fact and expert discovery is to be completed by March 15, 2007 and the Defendant was to file any Rule 26(a)(2) statements by January 22, 2007. This extension is primarily to address the expert discovery.

Plaintiff has retired from the Metropolitan Police Department within the past three years. At all relevant time periods herein, plaintiff was being treated for a pre-existing back injury and had applied for disability compensation with the Metropolitan Police. Defendant is attempting to get any and all records pertaining to plaintiff's pre-existing injury from the Metropolitan Police Department. To date, the Defendant has not received those records. In fact, very little medical records pertaining to the Plaintiff, other than the expert reports themselves still have been obtained. In order to provide a defense medical report those records and others are necessary. In addition, the defendant's economist's report is dependant on the conclusions of the medical

doctor.  To date, Defendant does not have sufficient records for the preparation of defense expert reports.  The defense has however revealed to the Plaintiff the names of two of its experts.

In addition, counsel's schedule has been hampered by other litigation responsibilities. These responsibilities include: preparation of Motion for Summary Judgment in Bester v. F.B.I., Civ. Act. No. 06-1745 (RMU), filed on February 6, 2007; preparation of Memorandum of Points and Authorities in Motion for Leave to file Cross-Motion to Quash in, In Re Apollo Group, Inc, Civ. Act. No. 06-MC-0558 (CKK), filed on February 6, 2007; preparation for mediation in Ball v. U.S.A., Civ. Act. No. 06-0059 (RMU), on February 6, 2007; defending expert witness deposition on February 7, 2007, in Legnini v. U.S.A., Civ. Act. No. 06-0012 (RJL); preparing and filing appellee's brief in Kaufman v. Gonzalez, Ct. of Appeals Case No. 05-1631 on February 8, 2007; taking expert witness deposition in Legnini on February 9, 2007; preparing witness for deposition in Kalil v. Veneman, Civ. Act. No. 01-2194 (RJL) on February 12, 2007; Preparing and filing Motion for Summary Judgment on February 16, 2007, in Simmons v. Cox, Civ. Act. No. 05-1828 (RCL); and preparing and filing appellee's brief in Nurriddin v. NASA, Ct. of appeals Case No. 05-5386 on February 21, 2007.

Accordingly, Defendant respectfully requests that it be allowed up to and including March 30, 2007, to file its Rule 26(a)(2) statement; and up to April 20, 2007, to complete discovery in this matter.  See attached order.

                        Respectfully submitted,

                        /s/
                        _____
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334