UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN L. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-2309 (EGS) |
| UNITED STATES OF AMERICA, | ) Status Conference : May 30, 2007 |
| | ) Mediation: May 8, 2007 |
| | ) |
| Defendant. | ) |

**DEFENDANT UNITED STATES OF AMERICA'S
MOTION FOR AN EXTENSION OF TIME TO CONDUCT DISCOVERY**

Defendant, United States of America, by and through its undersigned attorneys, hereby respectfully requests an additional enlargement of time, to and including May 20, 2007 to complete discovery in this matter. Plaintiff, through counsel, does not consent but will not oppose this motion. Discovery would otherwise be due no later than April 20, 2007. Defendant's Rule 26(a)(2) statements are due on March 30, 2007.

Plaintiff has retired on disability from the Metropolitan Police Department (MPD) within the past three years. Defendant is currently attempting to get any and all medical records pertaining to plaintiff from the MPD. Unfortunately, Defendant only received a signed medical release from the plaintiff on Thursday, March 15, 2007. The release was sent to MPD with a subpoena on Monday, March 19, 2007. These records are necessary for the defendant's doctor to render a complete report. The Defendant's expert's reports are due on March 30, 2007. An extension of that date is requested for two reasons: (1) the original doctor identified to conduct an independent medical examination (IME) of the plaintiff is not available until May. As a result, defendant has had to acquire a new doctor. The new doctor will not be able to do the IME until

the last week of March and that is dependent on the plaintiff's availability; and (2) it will take at least two (2) weeks to three (3) weeks to receive the subpoenaed records from MPD. Receiving all of records and being able to evaluate them prior to the issuance of a report is crucial to the defense. Moreover, any defense economist report is also dependent upon these records. Thus, defendant is requesting another extension for its' Rule 26(a)(2) statements until Friday, May 4, 2007. Thereafter, discovery shall be completed no later than May 20, 2007.

This request is not for purposes of delay, but for good cause shown.

Respectfully submitted,

/s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334