# UNITED STATES DISTRICT COURT