UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN L. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2309 (EGS)<br>) Status Conference : May 30, 2007<br>)<br>)<br>) |

### DEFENDANT UNITED STATES OF AMERICA'S
### MOTION FOR AN EXTENSION OF TIME TO CONDUCT DISCOVERY

Defendant, United States of America, by and through its undersigned attorneys, hereby respectfully requests an additional enlargement of time, to and including May 30, 2007 to complete discovery in this matte, which would include expert witness reports. Plaintiff, through counsel, does not consent but will not oppose this motion. Discovery would otherwise be due no later than May 21, 2007. Defendant's Rule 26(a)(2) statements are due on May 4, 2007.

The Defendant has accomplished an IME of the Plaintiff and the Doctor's preliminary report will be sent to the Plaintiff on May 4, 2007. However, the Doctor has not been able to review any MRI films, despite requesting that the Plaintiff bring those films with him to his examination in March. Undersigned counsel has sent subpoenas to the facility that accomplished the MRIs. That facility sent films to the Defendant yesterday but also informed the Defendant that the films for the lumbar spine had been taken from the facility by the Plaintiff awhile ago. Defendant has alerted the Plaintiff's counsel to this fact. Those films are central for the Defendant's Doctor to do a complete assessment of the Plaintiff. Hence, the Defendant's Doctor's report will have to be supplemented. This motion is being interposed in an abundance

of caution. Moreover, defendant needs additional time for its accident reconstructionist to complete his report. Thus, defendant is requesting another extension for its' Rule 26(a)(2) statements until the status conference, May 30, 2007, by that time the Defendant can better assess what additional time may be necessary. The Plaintiff is scheduled for deposition on May 17, 2007 and an independent witness on May 18, 2007. Thereafter, discovery needs to be conducted on the experts. As a result, it is anticipated that additional time will be required. The mediation scheduled for May 8, 2007, will have to be rescheduled.

    This request is not for purposes of delay, but for good cause shown.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334