IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN L. BROWN, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : Civil Action No. 05-2309 (EGS)(JMF) |
| | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| Defendant. | : |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO CONDUCT DISCOVERY**[1]

Plaintiff Shawn L. Brown, through counsel, hereby opposes the Defendant United States Motion for an Extension of Time to Conduct Discovery, stating:

1. In this personal injury matter, the Court in its initial scheduling order required Plaintiff to file his 26(a)(2) statement by November 22, 2006. Plaintiff timely filed a 26(a)(2) statement on November 22, 2006.

2. Under the initial order, the Court also required the Defendant to file its 26(a)(2) disclosures by January 22, 2006. The court has previously enlarged the Defendant's (26)(a)(2) deadline three times. The court has previously enlarged the deadline to February 22, March 30, and May 4, 2007.

3. Defendant now seeks a fourth enlargement of time to file a (26)(a)(2) statement. Because the Plaintiff disclosed his experts in November 2006, and has already submitted to an independent medical examination on March 28, 2007, Defendant has had ample time to submit a

---

[1] The Defendant has styled its motion as a request for an enlargement of discovery, but includes a fourth request to enlarge the Defendant's 26(a)(2) disclosure deadline.

(26)(a)(2) statement (or a provisional statement) and should not now be allowed to further delay this litigation where it presents no reasonable justification for the delay.[2]

4.   Lastly, Defendant misrepresents that Plaintiff "does not consent but will not oppose this motion." Defendant's counsel never conferred with Plaintiff's counsel about the motion. While Plaintiff does not oppose an enlargement of discovery, Plaintiff does oppose an enlargement of Defendant's (26)(a)(2) deadline, which Defendant has implanted in the text of its motion for enlargement of discovery.

Wherefore, for the forgoing reasons, the Plaintiff requests the Court to deny Defendant's request to enlarge 26(a)(2) disclosure deadline.

Respectfully submitted,

\_\_\_/s/ Patrick G. Senftle_____
Patrick G. Senftle
PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202)822-8384

ATTORNEY FOR PLAINTIFF

---

[2]Defendant attempts to create an excuse by suggesting that Plaintiff has not produced MRI films. On March 28, 2007, Plaintiff submitted to an independent medical examination with Robert Franklin Draper, M.D. At the time of the examination, Dr. Draper had the benefit of an MRI report. Plaintiff is attempting to locate and retrieve actual MRI films, which he believes are with one of his treating physicians. Accordingly, any delay in the review of MRI films (for which a report has been produced) did not delay the disclosure of a medical expert and has no bearing on the Defendant's failure to produce non-medical experts.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Opposition to Defendant's Motion for an Extension of Time to Conduct Discovery, was electronically served, to Heather D. Graham-Oliver, Assistant United States Attorney, Judiciary Center Building, 555 4th St., N.W., Washington, D.C., 20530, this 7th day of May 2007.

                                                  /s/ Patrick G. Senftle
                                                  Patrick G. Senftle

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SHAWN L. BROWN,                    :
                                   :
       Plaintiff,              :
                                   :
                                   :  Civil Action No. 05-2309 (EGS)(JMF)
                                   :
UNITED STATES OF AMERICA,          :
                                   :
       Defendant.              :

## ORDER

Upon consideration of Defendant's Motion for an Extension of Time to Conduct Discovery,[1] and the opposition thereto, it is this _____ day of _____, 2007,

**ORDERED** that the request to enlarge discovery deadlines is hereby **GRANTED**; and

**ORDERED** that the request to enlarge the Defendant's 26(a)(2) disclosure deadline is hereby **DENIED**.

 

_____
Emmet G. Sullivan
United States District Judge

---

[1] In the text of this motion, the Defendant also requested an enlargement of the Defendant's 26(a)(2) disclosure deadline.