IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN L. BROWN, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : Civil Action No. 05-2309 (EGS)(JMF) |
| | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| Defendant. | : |

### PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S MINUTE ORDER OF MAY 7, 2007

Plaintiff Shawn L. Brown, through counsel, hereby moves for reconsideration of the Court's Minute Order of May 7, 2007, stating:

1. The purpose of this Motion is to alert the Court that Plaintiff did not consent to the Defendant's Motion for Extension of Time to Conduct Discovery, which included within the text of the motion, the Defendant's fourth request for enlargement of Defendant's 26(a)(2) disclosure deadline.

2. At 1:17 p.m. today, Plaintiff filed an opposition to Defendant's motion. However, only five minutes prior, the Court had filed its Minute Order granting the Defendant's motion as a consent motion. Accordingly, Plaintiff's opposition and the Court's order literally crossed paths with each other.

3. As set forth in the Plaintiff's attached original opposition to Defendant's motion, Plaintiff consents to an enlargement of the discovery deadline, but opposes an enlargement of Defendant's 26(a)(2) disclosure deadline. Plaintiff, therefore, incorporates herein by reference his previous opposition to Defendant's motion so that the Court can consider the Plaintiff's position as

to an enlargement of the Defendant's 26(a)(2) disclosure deadline.

Wherefore, for the forgoing reasons, the Plaintiff requests the Court to grant Plaintiff's Motion for Reconsideration of Court's Minute Order of May 7, 2007.

Respectfully submitted,

/s/ Patrick G. Senftle
Patrick G. Senftle
PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202)822-8384

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion for Reconsideration of the Court's Minute Order, was electronically served, to Heather D. Graham-Oliver, Assistant United States Attorney, Judiciary Center Building, 555 4th St., N.W., Washington, D.C., 20530, this 7th day of May 2007.

/s/ Patrick G. Senftle
Patrick G. Senftle

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN L. BROWN, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : Civil Action No. 05-2309 (EGS)(JMF) |
| | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| Defendant. | : |

### ORDER

Upon consideration of Plaintiff's Motion for Reconsideration of the Court's Minute Order of May 7, 2007, it is this _____ day of _____, 2007,

**ORDERED** that the motion to reconsider is **GRANTED**;

**ORDERED** that the discovery deadline is enlarged to May 30, 2007; and it is further

**ORDERED** that the Defendant's request to enlarge Defendant's 26(a)(2) disclosure deadline is **DENIED**.

_____
Emmet G. Sullivan
United States District Judge