### Graham-Oliver, Heather (USADC)

| | |
|---|---|
| **From:** | Linda Ichiyama [lichiyama@presslerpc.com] |
| **Sent:** | Monday, March 19, 2007 5:30 PM |
| **To:** | Graham-Oliver, Heather (USADC) |
| **Cc:** | pgsenftle@presslerpc.com |
| **Subject:** | Shawn Brown's Answers to Interrogatories |
| **Attachments:** | ans to int.wpd |

Dear Ms. Graham-Oliver,

Attached are Plaintiff's Answers to Interrogatories.

Sincerely,

Linda Ichiyama
Legal Secretary

Exh. A



5/14/2007