

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 3, 2007

VIA ELECTRONIC MAIL
psenftle@presslerpc.com

Patrick G. Senftle, Esq.
PRESSLER & SENFTLE, P.C.
Three McPherson Square, N.W.
12th Floor
Washington, D.C. 20005

         <u>Shawn L. Brown v. United States of America,</u>
         Civ. Act. No. 05-2309 (EGS)
         Medical and other authorizations

Dear Mr. Sentfle:

  Please have your client provide all MRI films in his possession to me as soon as possible. Dr. Draper has not had the opportunity to review the films and it is imperative that he be able to do so. Also, we were told by MRI Accessible, Inc., that Mr. Brown had taken the MRI films from them some time ago. The films in question were taken of the Lumbar spine on February 18, 2003. We had previously requested that this information be provided at the defense IME and it was not. This is substantially prejudicial to the defendant.

  In addition, the defendant will be requesting that the mediation that is scheduled for Tuesday, May 8, 2007, be continued for a later date. Also enclosed with this letter is a Notice of Deposition for Mr. Brown. We also need to talk about the depositions of the experts in this case. I have also employed an accident reconstructionist and would like to get his report on this matter




before proceeding to mediation.

                                     Very truly yours,

                                     Jeffrey Taylor
                                     United States Attorney

                                     /s/
By:                               _____
                                   Heather Graham-Oliver
                                   Assistant United States Attorney