UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN L. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-2309 (EGS) (JMF) |
| UNITED STATES OF AMERICA, | ) Status Conference : November 28, 2007 |
| | ) |
| Defendant. | ) |

**DEFENDANT UNITED STATES OF AMERICA'S
MOTION FOR AN EXTENSION OF TIME TO CONDUCT DISCOVERY**

Defendant, United States of America, by and through its undersigned attorneys, hereby respectfully requests an additional enlargement of time, to and including January 25, 2007 to complete discovery in this matter. In addition, Counsel seeks up to and including December 19, 2007 to file Defendant's Rule 26(a)(2) statements. Plaintiff, through counsel, does not consent but will not oppose this motion. Discovery would otherwise be due no later than November 1, 2007. Defendant's Rule 26(a)(2) statements are due on October 1, 2007.[1]

Plaintiff has retired on disability from the Metropolitan Police Department (MPD) within the past three years. This request is made in great part due to the following: Although defendant's counsel subpoenaed the records of economist Dr. Richard Edelman on July 20, 2007, the records have not yet been delivered. On August 21, 2007, unbeknownst to both counsel, Dr. Edelman's records were only sent to plaintiff's counsel.[2] Due to travel, Defendant's

---

[1] Although mediation is scheduled for November 2, 2007, the parties intend to contact Judge Facciola to reschedule the mediation.

[2] On August 21, 2007, the U.S. Atty's office purchased a copy of Dr. Edelman's work papers and spread sheets. Dr. Edelman sent a copy of those records to plaintiff's counsel

economist will not be able to review Dr. Edelman's records until after October15, 2007.

In addition, the Assistant United States Attorney assigned responsibility for this matter has been out of the office for the majority of September [three weeks] due to an emergency medical condition. Counsel did not return until Monday, September 24, 2007. Finally, the proposed accident re-constructionist will need forty-five days[3] from the date of plaintiff's deposition, currently scheduled for November 2, 2007, to complete his report.

Accordingly, defendant is requesting another extension for its' Rule 26(a)(2) statements until Wednesday, December 19, 2007. Thereafter, discovery shall be completed no later than January 25, 2007.

This request is not for purposes of delay, but for good cause shown.

Respectfully submitted,

/s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building

---

expecting him to forward them to defendant's counsel. Plaintiff's counsel will forward a copy to defendant on today's date.

[3] The accident re-constructionist needs 30-days to prepare the report after receipt of the transcript of the plaintiff's deposition, which will may take 10 to 15 days to produce.

555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334