UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN L. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-2309 (EGS) (JMF) |
| UNITED STATES OF AMERICA, | ) Status Conference : March 19, 2008 |
| | ) Settlement Conference: March 3, 2008 |
| | ) |
| Defendant. | ) |

### DEFENDANT UNITED STATES OF AMERICA'S CONSENT
### MOTION FOR MODIFICATION OF THE COURT'S OCTOBER 4, 2007 ORDER

Defendant, United States of America, by and through its undersigned attorneys, hereby respectfully request a modification of this Court's October 4, 2007, Minute Order, in which the Court set the deadlines for discovery and for submission of Defendant's Rule 26(a)(2) expert disclosures. Defendant seeks to modify the order as follows:

| Submission | Current Date | Proposed Date |
|---|---|---|
| Defendant's Rule 26(a)(2) expert disclosures | December 19, 2007 | January 31, 2008 |
| Close of Discovery | January 25, 2008 | February 29, 2008 |

Plaintiff, through counsel, consents to this motion.

This matter has been brought pursuant to the Federal Tort Claims Act and involves alleged personal injury as a result of a motor vehicle accident. This request is made in great part due to the following: the deposition of the plaintiff is scheduled for December 28, 2007, and defendant's experts will need to review the testimony of the plaintiff before finalizing their reports. This additional time is necessary to provide the completion of the experts' reports. In addition, defense counsel has had other litigation responsibilities in the interim including the

following: Motion to Dismiss and Reply in Winston v. Samper, Civ. Act No. 07-1411(RWR); Motion for Summary Judgment in Daniels v. Bruce James, Civ. act. No. 05-2455 (GK); Appellate brief in Kaufman v. Gonzales, District of Columbia, Circuit Court Case No. 06-5259; preparing witnesses, taking and defending depositions in Esquibel v. Cino, Civ. Act. No. 06-1485 (PLF) and Hawkins v. Gonzales, Civ. Act. No. 07-0010 (CKK); as well as preparing for mediation in Legnini v. USA, Civ. Act. No. 06-0012 (RJL); settlement negotiations in Bailey v. U.S. Postal Service, Civ. Act. No. 98-2224 (HHK); and hiring and supervising contract personnel for discovery responsibilities in Anderson v. Dept. of Education, Civ. Act. No. 06-1565 (RMC).

Accordingly, defendant is requesting another extension for its' Rule 26(a)(2) statements until Thursday, January 21, 2008. Thereafter, discovery shall be completed no later than February 29, 2008.

This request is not for purposes of delay, but for good cause shown.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

2

(202) 305-1334