UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN L. BROWN | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-2309 (EGS) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ENLARGEMENT OF TIME FOR
EXPERT WITNESS REPORTS**

Defendant, by and through undersigned counsel and for good cause shown, hereby respectfully moves for an enlargement of time to file expert witness reports, up to and including February 11, 2008, for the MD/Rehabilitation Specialist and February 25, 2008, for the Accident Animation Specialist. Pursuant to Local Rule 7(m), undersigned counsel has contacted Plaintiff's counsel to ascertain his position on this motion. Plaintiff's counsel does not consent.

As a result of the undersigned's litigation schedule, she has had considerable difficulty in acquiring experts for the undersigned matter. To date, undersigned counsel has acquired an accident re-constructionist, a rehabilitation expert and an accident animator. Defendant has disclosed the expert report of the accident re-constructionist. Defendant has disclosed the name of the rehabilitation expert and the name of the accident animator. However, defendant needs additional time to produce their written materials. The rehabilitation expert is also a medical doctor and needs the extra time to finalize his written report. There are many medical records in

this case and going through them along with conducting his regular medical practice is difficult, so more time is needed. Dr. Randolph will have his written report to defense counsel by February 10, 2008. The Accident Analysis Group, is conducting an animation of the accident at issue. They are located in Northampton, Massachusetts. Their work product will not be completed until February 25, 2008. As a result, this request is being made in good faith and with no intention to cause delay of these proceedings. In fact, there will not be any delay in any of the other dates. Mediation is scheduled for March 3, 2008.

Defense counsel has had other litigation responsibilities in the interim that have taken time and attention, including the following: Hawkins v. Gonzales, Civ. Act. No. 07-0010 (CKK), answering discovery, preparing witnesses and defending depositions on January 17, 2008; taking the Plaintiff's deposition in Esquibel v. FAA, Civ. Act. No. 06-1485 (PLF), on Friday, January 18, 2008; preparing answer to complaint in Patterson v. Wynne, Civ. Act. No. 07-1438 (RMU); answering discovery and producing documents in Keller v. Embassy, Civ. Act. No. 06-0816 (RMC); responding to on-going request for initial disclosures in Anderson v. Dept. of Education, Civ. Act. No. 06-1565 (RMC); filing opposition to motion in Winston v. Smithsonian, Civ. Act. No. 07-1411 (RWR) on January 24, 2008; filing Reply in Zhang v. Michael Chertoff. Civ. Act. No. 07-1209 (RWR) on January 25, 2008; filing Motion to Dismiss in Graphic Arts v. Postal Service, Civ. Act. No. 07-1822 (RBW) on January 31, 2008.

For the reasons cited above, Defendant respectfully requests that this Motion for Enlargement of Time to produce to plaintiff the aforementioned written reports be granted.

An order granting the relief sought is attached hereto.

        Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 305-1334