UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHAWN L. BROWN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-2309 (EGS) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that Defendant shall have up to February 11, 2008, to produce to Plaintiff the written report of Dr. Randolph; and up to February 25, 2008, to produce the final work product of the Accident Analysis Group.

Date _____                    _____
                                                                    UNITED STATES DISTRICT JUDGE