UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN L. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2309 (EGS) |
| UNITED STATES OF AMERICA, ) | (Mediation: March 3, 2008) |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO EXTEND THE DISCOVERY DEADLINE, DATE FOR MEDIATION AND DATE FOR ACCIDENT RECONSTRUCTIONIST REPORT**

Federal Defendant, the United States of America, by and through its attorney, respectfully moves this Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time to extend the discovery period, until May 30, 2008. Discovery is now due to close on February 29, 2008. Counsel for Plaintiff has been contacted pursuant to LCvR 7(m) and has consented to the enlargement in principle but has not responded specifically to the proposed May 30, 2008 cut-off date prior to the filing of this motion. Counsel spoke during the week of February 17, 2008, about the need to enlarge the discovery deadline due to the unavailability of Plaintiff's counsel as well as some of the medical and other damage experts for deposition in February and because of the trial schedule of both counsel.

Although, prior communication was made, at the beginning of February Defense counsel issued subpoenas for the testimony of several medical doctors who evaluated the Plaintiff for

injuries he claims resulted in the motor vehicle accident with a federal employee on December 5, 2002. Those subpoenas were sent to Drs. Howell, Schreiber, Hughes, Starr and Sabio. The depositions were to take place during the weeks of February 18th and 25th. The Defendant also sent subpoenas to the Plaintiff's economist and rehabilitation specialist. However, Plaintiff's counsel informed Defendant that he was not available for those depositions during the time allotted due to his trial schedule. Plaintiff's counsel gave Defendant the following dates that he was available for the depositions of the aforementioned witnesses: April 1, 2008 (in the afternoon); April 2, 2008, and April 23 - 25th.[1] Defendant is now in the process of scheduling those depositions and is requesting additional time because the current discovery deadline is February 29, 2008.

Plaintiff's counsel has also informed Defense counsel that he has requested his treating physician and rehabilitation expert to amend their reports and; therefore, does not want the depositions to take place prior to the amendments having been prepared.

Moreover, the mediation of the aforementioned matter, currently scheduled for March 3, 2008, will have to be moved due to Defense counsel's trial responsibilities in <u>Sandra Elion v. Alphonso Jackson</u>, Civ. Act. No. 05-0992 (PLF), which is scheduled for Trial on March 3rd, 2008. Undersigned Counsel is co-counsel in the aforementioned case. The parties are currently seeking alternate dates for the mediation with Magistrate Kay's chambers.

Lastly, the Defendant requests until Friday, February 29, 2008, to produce the report and DVD illustrating the accident reconstructionist's report. The expert needs the additional time as

---

[1] More dates will probably be necessary to complete the depositions of Defendant's experts as well.

the initial software program did not function properly.

    This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334

Attorneys for Defendant