UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN L. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2309 (EGS) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**PROPOSED DISCOVERY ORDER**

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time, and the entire record herein, it is this ____ day of _____, 2008, hereby

ORDERED, that Defendant's motion is GRANTED, and it is

FURTHER ORDERED, that discovery is extended until May 30, 2008 and that the Defendant shall have until Friday, February 29, 2008 to submit its Rule 26(a)(2)(B) Report as pertains to the Defendant's accident re-constructionist.

_____
**UNITED STATES DISTRICT JUDGE**