IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

SHAWN L. BROWN             :
                           :
        Plaintiff,         :
                           :   Civil Action No.: 05-2309
    v.                     :
UNITED STATES OF AMERICA   :
                           :
        Defendant.         :

**CONSENT MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD AND TO RESET STATUS HEARING SET FOR JUNE 11, 2008**

Plaintiff Shawn L. Brown, through counsel, hereby moves to enlarge the discovery period up to and including September 11, 2008, and to reset the Status Conference set for June 11, 2008, stating:

1. In this personal injury matter, the parties have been proceeding with discovery, but need additional time to complete expert depositions.

2. Defendant wishes to depose Alan Schriber, M.D. (Plaintiff's treating physician), Daniel M. Howell, M.D. (Plaintiff's damages expert), Steven. Hughes, M.D (Plaintiff's damages expert), John K. Starr, M.D.(Plaintiff's damages expert), a representative of accessible MRI, Phillip Bussey, Ph.D. (Plaintiff's rehabilitation expert) and Richard Edelman, Ph.D. (Plaintiff's economic expert). Delays, however, have been encountered in scheduling these depositions. Dr. Schriber has recently conducted updated medical evaluations of Plaintiff including a functional capacity evaluation. Despite extensive efforts, Plaintiff's counsel has been unable to obtain Dr. Schriber's updated reports, but has been advised that the report will be forwarded shortly. Because the reports may change the prognosis of the Plaintiff, it is necessary that the reports be obtained prior to the completion of the remaining expert depositions. Dr. Schriber's

ultimate prognosis will serve as a predicate for a determination of the extent of Plaintiff's future medical condition, work capability and economic loss.

    3.    Defendant has also produced the outstanding reports of David Randolph, M.D. and David R. Pesuit, Ph.D. who are Defendant's rehabilitation and accident reconstruction experts. Plaintiff also wishes to reserve the right to depose these experts after the completion of the depositions of Plaintiff's experts.

    4.    The parties seek an enlargement of the discovery deadline up to and including September 11, 2008 to allow time for the forgoing expert depositions. Plaintiff's seeks an enlargement until September 11, 2008 in consideration of the need to coordinate litigation calendars and summer vacations between counsel and experts. Additional time may also be necessary because Defendant's experts are located out of the District of Columbia area (i.e. Cincinnati, Ohio and Northampton, Massachusetts).

    5.    The parties also request that the Status Hearing of June 11, 2008, be reset to a date after the completion of discovery.

    6.    Counsel for Defendant consents to this motion.

    WHEREFORE, for the forgoing reasons, Plaintiff Shawn L. Brown requests the Court to grant the Plaintiff's consent motion for enlargement of discovery period and to reset status hearing.

/s/ Patrick G. Senftle
Patrick G. Senftle, # 412191

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C.  20005
(202) 822-8384

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Enlargement was mailed by first-class mail, postage prepaid, to Heather Graham-Oliver, Assistant United States Attorney, 555 4th Street, N.W., 10th Floor, Washington, D.C. 20530, this 9th day of June, 2008.

/s/ Patrick G. Senftle_____
Patrick G. Senftle

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SHAWN L. BROWN : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.: 05-2309 |
| v. : | |
| UNITED STATES OF AMERICA : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of the Consent Motion for Enlargement of Time, it is by the Court this _____ day of _____, 2008,

ORDERED that the motion be, and the same hereby is GRANTED, and it is

FURTHER ORDERED that the deadline for discovery is enlarged up to and including September 11, 2008, and the Status Hearing of June 11, 2008 is hereby reset to _____, 2008.

_____
United States District Court Judge

cc:   Patrick G. Senftle, Esq.
      PRESSLER & SENFTLE, P.C.
      927 15th Street, N.W.
      12th Floor
      Washington, D.C. 20005

      Heather Graham-Oliver, Esq.
      Assistant United States Attorney
      555 4th Street, N.W. 10th Floor
      Judiciary Center Building
      Washington, D.C. 20530