UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN L. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-2309 (EGS) |
| UNITED STATES OF AMERICA, | ) ( Status: September 18, 2008) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO EXTEND THE DISCOVERY DEADLINE,**

The defendant, by and through its attorney, respectfully requests, pursuant to Fed. R. Civ. P. 6, an enlargement of time to extend the discovery period, until January 30, 2009. Discovery is now due to close on September 11, 2008. The need to enlarge the discovery deadline is due to the unavailability of Plaintiff's counsel for the medical and other damage experts' depositions prior to the discovery cut-off deadline.

Counsel for Plaintiff has been contacted pursuant to LCvR 7(m), and has consented to this motion.

Defense counsel still seeks to take the deposition of several medical doctors as well as Plaintiff's economist and rehabilitation experts. These individuals evaluated the Plaintiff for injuries allegedly sustained as a result of a motor vehicle accident with a federal employee on December 5, 2002. The defendant has, in the past, issued subpoenas to these individuals but has

been unable to schedule the depositions due to Plaintiff counsel's trial and litigation schedule.[1]

Part of the delay may also be attributed to Plaintiff's counsel informing Defense counsel that he wanted his treating physician to amend his report and did not want the depositions to take place prior to his treating physician's supplemental report having been prepared. Defendant received the two-page supplement on August 15, 2008. Undersigned counsel on several occasions has suggested possible dates for the depositions of Plaintiff's experts. Plaintiff's counsel has been unable to accommodate any of these dates including most recently - future possible dates in October. Plaintiff suggested the week of November 24, 2008, which is not convenient for the undersigned because she will be in trial the next week beginning December 1, 2008.

Moreover, the completion of Discovery in this case has been complicated by travel schedules, including family vacation schedules, of the people sought to be deposed as well as undersigned counsel. In addition to these complications, counsel for defendant must prepare to complete discovery while simultaneously discharging her responsibilities in other cases. A representative, non-exclusive sample of those responsibilities in the coming weeks includes, but is not limited to:

- Motion for summary judgment due in Sealey v. USDOJ, et al., Civ. Act. No. 08-0176 (CKK) on October 1, 2008

- Responding to subpoena served on the United States Department of Justice by petitioner in another civil action being litigated in another district. This subpoena is related to another subpoena that was the subject of motions practice in In re Apollo Securities Litigation, Misc. No. 06-0558 (CKK).

---

[1] Both the economist and rehabilitation expert declined to set up possible deposition dates unless undersigned counsel went through plaintiff counsel's firm. Defendant has tried to accomplish this on numerous occasions to no avail.

- Continuing efforts to negotiate a settlement in <u>Keller v. Dept of State</u>, Civ. Act. No. 06-0816(CKK) (mediation on-going).

- Preparing and responding to written discovery in <u>Anderson v. Spellings</u>, Civ. Act. No. 06-1565 (RMC) (on-going)

- Preparing interrogatories and requests for the production of documents in <u>Patterson v. Michael Wynne,</u> Civ. Act. No. 07-1438 (RMU); mediation scheduled for October 14, 2008; motion for summary judgment due on November 21, 2008

- Preparing for evidentiary hearing in <u>Johnson v. Spellings</u>, Civ. Act. No. 06-0321 (GK)

- Preparing for Status Conference in <u>Daniels v. James</u>, Civ. Act. No. 05-2455 (GK)

- Preparing and serving discovery items in <u>Brunotte v. Doan</u>, Civ. No. 08-0587 (HHK) (on-going)

- Preparing mediation statement for mediation in <u>Gallahan v. Winter</u>, Civ. Act. No. 08-0544 (RMC) (mediation October 1, 2008).

- Preparing Opposition to Motion for Summary Judgment in <u>Stainbeck v. Dept of the Navy,</u> Civ. Act. No. 06-0856 (RBW) (to be filed on September 25, 2008)

- Reviewing <u>Vaughn</u> index and Preparing answer to FOIA complaint in <u>National Resources Defense Council v. Consumer Product Safety Commission</u>, Civ. Act. No. 08-1312 (HHK) both due on November 3, 2008

- Reply to Opposition to Motion for Summary Affirmance in <u>W. Jean Simpson v. HHS,</u> Ct of Appeals Case No. 08-5211 due on October 16, 2008

- Reply to Opposition to motion for Summary Affirmance in <u>Bestor v. FBI</u>, Ct. Of Appeals Case No. 08-5076 due on October 2, 2008

- Responding to discovery in <u>Patterson v. Dept. of Air Force</u>, Civ. Act. No. 07-1438 (RMU), deposition scheduled for September 29, 2008

- Preparation for trial scheduled December 1, 2008 in <u>Arrington v. Park Police</u>, Civ. Act. No. 01-0391 (CKK)

- Motion for Summary Judgment in <u>Natural Resources Def. Council v. Consumer Product Safety Commission</u>, Civ. Act. No. 08-1312 (HHK) due on December 15, 2008

- Motion for Summary Judgment in <u>Kaufman v. Dept. of Justice, et al.,</u> Civ. Act. No. 05-1631 (RWR) due on October 28, 2008.

In short, the requested enlargement is reasonably necessary to allow completion of the depositions of Plaintiff's experts.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334

Attorneys for Defendant